UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CHOMOS,

    Plaintiff,

v.        Case No. 15-10103

WOODHAVEN POLICE DEPARTMENT, et al.,

    Defendants,
                                         /

**JUDGMENT**

In accordance with the "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; and (3) Granting Defendants' Motion for Summary Judgment" dated September 22, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants Bryan Wheeler, Jonathan Smith, and Brian Ramsey against Plaintiff Mark Chomos.

Dated at Detroit, this 22nd day of September, 2016.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          By:s/Lisa G Wagner
                                          Lisa Wagner, Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland

S:\Cleland\TLH\Civil\15-10103.CHOMOS.judgment.tlh.wpd