**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK CHOMOS,

    Plaintiff,

  v.                                         Case No. 15-10103

WOODHAVEN POLICE DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER GRANTING STIPULATED DISMISSAL AND TERMINATING AS MOOT REPORT AND RECOMMENDATION AND SUMMARY JUDGMENT MOTION**

Defendants Lieutenant Toth and Detective Brust[1] filed a motion for summary judgment in this civil rights action on April 13, 2017. (Dkt. # 157.) Plaintiff Mark Chomos did not file a response to the motion, and indicated in a separate filing that he did not oppose the summary judgment motion. (*See* Dkt. # 161.) On May 25, 2017, Magistrate Judge David R. Grand, to whom all pretrial matters have been referred pursuant to 28 U.S.C. § 1983, filed a report and recommendation that summary judgment be granted. (Dkt. # 163.) Shortly after, on May 30, the parties submitted a stipulated motion to dismiss Defendants with prejudice. (Dkt. # 165.) As a result, the report and recommendation is moot, as is the underlying summary judgment motion. Accordingly,

IT IS ORDERED that the stipulated motion to dismiss Defendants Toth and Brust (Dkt. # 165) is GRANTED. As agreed in the motion, the dismissal is WITH PREJUDICE.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (Dkt. # 163) is TERMINATED AS MOOT.

---

[1] Full names for Defendants do not appear in the pleadings. Detective Brust was incorrectly pled as "Burst." (Dkt. # 163, Pg. ID 3436.)

IT IS FURTHER ORDERED that the underlying summary judgment motion (Dkt. # 157) is TERMINATED AS MOOT.

                                                   s/Robert H. Cleland                /
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: June 7, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 7, 2017, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner                     /
                                                 Case Manager and Deputy Clerk
                                                 (810) 292-6522